THEO. M. HARSCH v. WILLIAM BROWN, SR., ET AL.

APPEAL LIES TO ACTION TO DISSOLVE PARTNERSHIP AND DISTRIBUTE ASSETS.
    An action seeking a dissolution of a partnership and division of partnership assets is equitable in its nature and appeal will lie.

APPEAL.

**Healy, Ferris & McAvoy,** for the motion:
**W. J. Davidson,** contra:

SWING, J.

The motion to dismiss appeal will be overruled. The petition states facts which show a partnership. An action which seeks a dissolution of the partnership and a division of partnership assets is equitable in its nature.

**Giffen** and **Smith, JJ.,** concur.